UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| CORINTHIANS ANDREWS, PATRICIA ARMSTEAD and BERNICE CHRISTOPHER, on behalf of themselves and all other persons similarly situated,<br><br>           Plaintiffs,<br><br>  -against-<br><br>THE CITY OF NEW YORK,<br><br>           Defendant. | 10 Civ. 2426 (SHS)(MD)<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT** |

------------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that upon the Declaration of Kathleen M. Comfrey, dated August 13, 2010, and the exhibits attached thereto, and upon all other pleadings and proceedings previously had herein, Defendant is moving this Court, before the Honorable Sidney H. Stein, United States District Judge, Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendant's motion to dismiss the amended complaint, together with such other and further relief as the Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE,** that opposition papers are to be served and filed by September 17, 2010 and that reply papers are to be served and filed by October 6, 2010.

Dated:    New York, New York
          August 13, 2010

                                    **MICHAEL A. CARDOZO**
Corporation Counsel of the
 City of New York
Attorney for Defendants
100 Church Street, Room 2-139
New York, New York 10007-2601
(212) 788-7970
kcomfrey@law.nyc.gov

By:   /s/
      Kathleen M. Comfrey
      Assistant Corporation Counsel


To:   Barry J. Peek, Esq.
      Melissa S. Woods, Esq.
      MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
      Attorney for Plaintiffs
      1350 Broadway, Suite 501
      New York, New York 10018-00264


      Alan M. Klinger, Esq.
      STROOCK & STROOCK & LAVAN LLP
      Attorney for Plaintiffs
      180 Maiden Lane
      New York, New York 10038

10 CIV. 2426 (SHS)(MD)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| CORINTHIANS ANDREWS, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>THE CITY OF NEW YORK,<br><br>Defendant. |
| **DEFENDANT'S NOTICE OF MOTION TO DISMISS<br>THE AMENDEDCOMPLAINT** |
| **MICHAEL A. CARDOZO**<br>Corporation Counsel of the City of New York<br>Attorney for Defendant<br>100 Church Street, Room 2-139<br>New York, N.Y.  10007-2601<br><br>Of Counsel:  Kathleen M. Comfrey<br>Tel:  (212) 788-7970<br>kcomfrey@law.nyc.gov<br><br>LawManager No. 2010-009286 |
| *Due and timely service is hereby admitted.*<br><br>New York, N.Y.   ....................................<br><br><br><br>Attorney for Defendant |