

ZACHARY W. CARTER
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

Kathleen M. Comfrey
Labor and Employment Law Division
Telephone: (212) 356-2435
Fax No.: (212) 356-1148
E-mail: kcomfrey@law.nyc.gov

September 16, 2014

**By ECF**

Honorable Sidney H. Stein
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:  <u>Andrews v. The City of New York</u>
           10 CV 2426 (SHS)(AJP)

Dear Judge Stein:

      I am the Assistant Corporation Counsel in the office of Corporation Counsel Zachary W. Carter assigned to defend the above-referenced action.

      With class counsel's consent, I write to propose the following schedule for: 1) the parties' joint motion requesting preliminary approval of the proposed settlement of this matter and the scheduling of a fairness hearing; and 2) a briefing schedule for fee applications. The Court may adjust these dates as appropriate, sua sponte, or upon the Court's consideration of the application of either party.

**Fairness Hearing Dates**

**Oct. 3, 2014** – Parties will submit stipulation of settlement, proposed notice to the settlement class and opt-out form, and joint motion requesting preliminary approval of the stipulation of settlement and the scheduling of a Fairness hearing.

**November 28, 2014** – Deadline for Mailing Notice to the Class

**January 7, 2015** – Deadline for objections and opt-outs

**January 22, 2015** – Objections and opt-outs filed with the Court

**February 6, 2015** – Fairness hearing

**Fee Application Dates**

**November 3, 2014** – Deadline for fee application

**December 18, 2014** – Deadline for opposition to fee application

**January 15, 2015** – Deadline for reply to opposition to fee application

At Magistrate Judge Peck's direction, I am enclosing a copy of the transcript of the conclusion of the settlement conference conducted on September 12, 2014.

I thank the Court for its consideration of this proposal.

Respectfully submitted,

Kathleen M. Comfrey
Assistant Corporation Counsel

cc:    Magistrate Judge Andrew J. Peck (By ECF)
        James L. Linsey (By ECF)