UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CORINTHIANS ANDREWS, PATRICIA WILLIAMS
and BERNICE CHRISTOPHER, on behalf of themselves
and all other persons similarly situated,       10 Civ. 2426 (SHS)(MD)

                                            Plaintiffs,       **NOTICE OF MOTION FOR FINAL SETTLEMENT APPROVAL**

                      -against-

THE CITY OF NEW YORK,

                                            Defendant.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that upon the Declarations of James L. Linsey and Georgia Pestana, dated October 3, 2014, the exhibits attached thereto, and upon the accompanying memorandum of law and all other pleadings and proceedings previously had herein, Plaintiffs move this Court, before the Honorable Sidney H. Stein, United States District Judge, Southern District of New York, at the Courthouse thereof, located at 500 Pearl Street, New York, New York, for entry of an order granting final approval for the parties' settlement agreement.  This matter is scheduled for a fairness hearing on February 6, 2015.

Dated: New York, New York
October 3, 2014

                                Linsey Law Firm, PLLC
                                Attorneys for Plaintiffs and the Class
                                11 Broadway, Suite 615
                                New York, New York 10004
                                (212) 480-8807
                                james@llfny.com


                                By:    s/ James L. Linsey
                                        James L. Linsey


To:    Kathleen Comfrey, Esq,
        Benjamin Stockman, Esq.
        **ZACHARY W. CARTER**
        Corporation Counsel of the
         City of New York
        Attorney for Defendants
        100 Church Street
        New York, New York 10007-2601

10 CIV. 2426 (SHS)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| CORINTHIANS ANDREWS, PATRICIA WILLIAMS and BERNICE CHRISTOPHER, on behalf of themselves and all other persons similarly situated,<br><br>              Plaintiffs,<br><br>    -against-<br><br>THE CITY OF NEW YORK,<br><br>              Defendant. |
| **NOTICE OF MOTION FOR FINAL SETTLEMENT APPROVAL** |
| **LINSEY LAW FIRM LLP**<br><br>Of Counsel:  James Linsey |
| *Due and timely service is hereby admitted.*<br><br>New York, N.Y.  ...................................... |