```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CORINTHIANS ANDREWS, *ET AL.*,         :         10-Cv-2426 (SHS)

                Plaintiffs,         :

        -against-         :         <u>ORDER</u>

THE CITY OF NEW YORK,         :

                Defendant.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held on November 4, 2014, with counsel for all parties present, and plaintiffs Corinthians Andrews, Patricia Williams, and Bernice Christopher present,

      IT IS HEREBY ORDERED that the dates in the memo endorsed letter dated September 16, 2014 [doc. # 235], are held in abeyance pending submission of the revised joint motion regarding preliminary approval of the settlement of this action.

Dated: New York, New York
       November 5, 2014

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.