

11 Broadway, Suite 615
New York, New York 10004
Tel: (212) 480-8807
www.LLFNY.com

James L. Linsey
Counsellor at Law

james@llfny.com

Admitted in NY & NJ

Matthew R. Yogg
Associate

matthew@llfny.com

February 9, 2015

**BY ECF**
Honorable Sidney H. Stein
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, New York 10007-1312

Re:  *Andrews v. City of New York*, Case No. 10-Civ.-2426 (SHS)

Dear Judge Stein:

Plaintiffs respectfully request that the Court accept the Declaration of Alan M. Klinger in support of their Motion for Attorney's Fees and Costs, a replacement copy of which Plaintiffs have just now received, along the attached invoices of Stroock & Stroock & Lavan LLP. Additionally, Plaintiffs respectfully request that the Court accept the invoices of Meyer, Suozzi, English & Klein, P.C. and Cohen, Weiss and Simon LLP, for which Plaintiffs were unable to attain a declaration in support. Plaintiffs nonetheless request to incorporate these documents into Exhibit W.

Thank you for the Court's consideration.

Respectfully submitted,

/s/

James L. Linsey


cc:     Kathleen Comfrey, Esq. (by ECF)