Honorable Sidney H. Stein
United States District Judge
Southern District of NY
500 Pearl Street
NY, NY 10007

Andrews VP. City of NY   Docket file
Case # 10-CIV-2426
(SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/15

Dear Judge Stein,

    I, Mrs. Georgia T. Jackson a former School Safety Agent who worked at James Madison H.S. in Brooklyn NY supports the attorney's fee application for Lindsey Law firm PLLC.

    Mr. Lindsey has been very helpful to me and should be paid the fair attorney's fee that he seeks.

             Thank you
             Mrs. Georgia Jackson