Case 1:10-cv-02426-SHS   Document 287   Filed 02/18/15   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 2/18/15

ANDREWS V
CITY OF NEW YORK
CASE NO. 10-CIV-2426   Docket-file
(SHS)

DEAR JUDGE STEIN
THIS IS PATRICK HORTON, RETIRED SCHOOL SAFETY AGENT, QUEENS NORTH COMMAND.
I AM WRITING TO TELL YOU, THAT I SUPPORT THE ATTORNEY'S FEE APPLICATION OF LINSEY LAW FIRM PLLC. I THINK THIS IS FAIR.
HE HAS BEEN VERY HELPFUL TO ME WHEN I HAVE CALLED HIS OFFICE.

Patrick Horton