

Susan Davis, Partner
Tel:  212.356.0207
Fax:  646.473.8207
Cell:  917.282.5040
sdavis@cwsny.com
www.cwsny.com

330 West 42nd Street • New York, NY 10036-6979

March 2, 2015

**By ECF**

Honorable Sidney H. Stein
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>Andrews v. City of New York, Case No. 10-Civ.-2426 (SHS)</u>

Dear Judge Stein:

      I am writing to follow up on Local 237's actions following the February 27, 2015 conference in the above-captioned case.

      On February 27, 2015 between 3:00 P.M. and 5:00 P.M., Local 237 placed robocalls (utilizing the message approved by this Court) to the same members who received the original robocalls. A copy of the transcript of the message is attached hereto as Exhibit A. Additionally, on February 27, Mr. Rubinstein met with the business agents and Local 237 staff, and instructed them to answer any questions regarding objections in accordance with this script.

      Thank you.

Very truly yours,

Susan Davis

SD:nam

cc:  Kathleen Comfrey, Esq.
      James L. Linsey, Esq.

00384831.1